LOUIS SCHLESINGER, PLAINTIFF IN ERROR, v. FRED-
ERICK KESSELL, DEFENDANT IN ERROR.

Argued June 20, 1904—Decided December 9, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Guild, Lum & Tamblyn.*

For the defendant in error, *Charles F. Herr.*

PER CURIAM.

The nonsuit disclosed by the record was sustained in the
Supreme Court upon the authority of *Stout* v. *Humphrey,*
40 *Vroom* 436.

We think this conclusion correct, and the judgment must
therefore be affirmed.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON,
PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.    9.

*For reversal*—None.